UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 5:24-cr-29-TPB-PRL

LUKE FRAZIER,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Philip R. Lammens, United States Magistrate Judge, entered on May 8, 2026.  (Doc. 159).  Judge Lammens recommends that the Court find Defendant Luke Frazier competent to proceed to trial.  Defendant filed an objection to the report and recommendation on May 22, 2026. (Doc. 165).  The Government has filed no objection or response.  Upon review of the report and recommendation, objection, court file, and record, the Court finds as follows:

Under the Federal Magistrates Act, Congress vests Article III judges with the power to "designate a magistrate judge to hear and determine any pretrial matter pending before the court," subject to various exceptions.  28 U.S.C. § 636(b)(1)(A).  The Act further vests magistrate judges with authority to submit proposed findings of fact and recommendations for disposition by an Article III judge.  28 U.S.C. § 636(b)(1)(B).  After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).

After careful consideration of the record, including Judge Lammens's report and recommendation, the Court overrules Defendant's objections and adopts the report and

recommendation.  The Court notes that Judge Lammens considered evidence submitted by both parties – including the reports and testimony of various doctors – and ultimately concluded, based on the preponderance of the evidence, that Defendant is competent to stand trial.  The Court agrees with Judge Lammens's well-reasoned findings and conclusions, including his conclusion that Defendant is capable of understanding the nature and consequences of the proceedings against him and properly assisting in his own defense in this case.  Consequently, based on the preponderance of the evidence, the Court finds that Defendant is competent to stand trial and to proceed in this matter.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Judge Lammens's report and recommendation (Doc. 159) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) The Court finds that Defendant Luke Frazier is competent to stand trial and to proceed in this matter based on the preponderance of the evidence.

**DONE** and **ORDERED** in Chambers in Ocala, Florida, this 16th day of June, 2026.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE